Todd M. Friedman (216752)
Adrian R. Bacon (280332)
Law Offices of Todd M. Friedman, P.C.
21031 Ventura Blvd., Suite 340
Woodland Hills, CA 91364
Phone: 323-306-4234
Fax: 866-633-0228
tfriedman@toddflaw.com
abacon@toddflaw.com
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNIE CLARK,<br><br>Plaintiff,<br><br>vs.<br><br>SYNCHRONY BANK; EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION LLC; DOES 1-10, inclusive,<br><br>Defendant. | Case No. 5:23-cv-00973-WLH-PVC<br><br>**NOTICE OF SETTLEMENT AS TO EXPERIAN INFORMATION SOLUTIONS, INC. AND TRANS UNION LLC** |

NOW COMES THE PLAINTIFF by and through his attorney to respectfully notify this Honorable Court that he has reached a settlement as to Plaintiff's claims against Defendant Experian Information Solutions, LLC and Defendants Trans Union LLC. Plaintiff and Experian Information Solutions, LLC anticipate they will be able to submit a Stipulation of Dismissal with Prejudice as to Defendant Experian Information Solutions, LLC only within 60 days. Plaintiff and Trans Unions LLC anticipate they will be able to submit a Stipulation of

Dismissal with Prejudice as to Defendant Trans Union LLC only within 60 days.

    Plaintiff's claims against Defendants Synchrony Bank have not been settled and shall remain pending before the Court.

Dated: August 9, 2023        **Law Offices of Todd M. Friedman, P.C.**

                                  By:   /s/ Todd M. Friedman, Esq.
                                           Todd M. Friedman
                                           Attorneys for Plaintiff

Filed electronically on this 9th Day of August, 2023, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Honorable Judge Wesley L. Hsu
United States District Court
Central District of California

And all Counsel of Record as recorded on the Electronic Service List.

This 9th Day of August, 2023

/s/Todd M. Friedman, Esq.
   Todd M. Friedman