Todd M. Friedman (216752)
Adrian R. Bacon (280332)
Law Offices of Todd M. Friedman, P.C.
21031 Ventura Blvd, Suite 340
Woodland Hills, CA 91364
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@toddflaw.com
abacon@toddflaw.com
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNIE CLARK,<br>Plaintiff,<br>v.<br>SYNCHRONY BANK; EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION LLC; AND DOES 1-10 inclusive,<br>Defendants. | Case Number:<br><br>5:23-cv-00973-WLH-PVC<br><br>**NOTICE OF SETTLEMENT** |

NOW COME THE PLAINTIFF by and through their attorney to respectfully notify this Honorable Court that this case has settled as to Defendant SYNCHRONY BANK. Plaintiff requests that this Honorable Court vacate all pending hearing dates and allow sixty (60) days with which to file dispositive documentation. This Court shall retain jurisdiction over this matter until fully resolved.

Dated: January 31, 2024        Law Offices of Todd M. Friedman, P.C.

                               By: s/ Todd M. Friedman

Todd M. Friedman, Esq.

### CERTIFICATE OF SERVICE

Filed electronically on January 31, 2024, with:

United States District Court CM/ECF system

Notification sent electronically on January 31, 2024 to:

To the Honorable Court, all parties and their Counsel of Record

By: s/ Todd M. Friedman
Todd M. Friedman, Esq.