# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNIE CLARK, | Case No. 5:23-cv-00973-WLH-PVC |
| Plaintiff, | |
| v. | **ORDER OF DISMISSAL** |
| SYNCHRONY BANK; EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION LLC; AND DOES 1-10 inclusive, | |
| Defendants. | |

**IT IS HEREBY ORDERED** that pursuant to the Stipulation of the Parties, this matter is dismissed, with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Each party shall bear their own costs and attorneys' fees.

Date: February 20, 2024

_____
HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE